UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZACHARY SUCCOW, SAMUEL TOWNE; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA JO BONDI, in her official capacity; RONNELL HIGGINS, in his official capacity; MARGARET A. KELLEY, in her official capacity; PAUL J. NARDUCCI, in his official capacity; JOHN BUCHERATI, in his official capacity; PATRICK DALEY, in his official capacity; <br><br> Defendants. | CIV. NO. 3:25-cv-250-SVN <br><br><br> February 18, 2025 <br><br> **NOTICE OF COMPLIANCE** |

Pursuant to the Court's February 19, 2025 order (Dkt. 8) directing the undersigned to provide notice to Attorney Michelle McConaghy from the U.S. Attorney's Office for the District of Connecticut, the undersigned (Attorney Atkinson) sent, by email, a copy of the complaint and the Plaintiffs' Emergency Motion For Temporary Restraining Order and Preliminary Injunction, together with all attachments to those documents, to Attorney McConaghy on February 20, 2025.

.

Dated: February 20, 2025                   Respectfully submitted,

    *//s//   Doug Dubitsky*
Doug Dubitsky, Esq. (ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com


    *//s//  Craig C. Fishbein*
Craig C. Fishbein, Esq. (ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

    *//s//  Cameron L. Atkinson*
Cameron L. Atkinson, Esq. (ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Facsimile: 203.672.6551
Email: catkinson@atkinsonlawfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATION REGARDING SERVICE**

The following counsel will be served ECF-stamped copies of this pleading by email immediately following its filing:

*For Defendant Pamela Jo Bondi*

Michelle McConaghy, Esq.
Assistant U.S. Attorney For The District of Connecticut
157 Church Street
Floor 25
New Haven, CT 06510
michelle.mcconaughy@usdoj.gov

*For Defendants Ronnell Higgins, Margaret A. Kelley, and Paul J. Narducci*

James Belforti, Esq.
Terrence O'Neill, Esq.
Janelle Medeiros, Esq.
Connecticut Attorney General's Office
110 Sherman Street,
Hartford, CT 06105
860-808-5450
james.belforti@ct.gov
terrence.oneill@ct.gov
janelle.medeiros@ct.gov

*For Defendant John Bucherati:*

Richard J. Buturla, Esq.
Berchem Moses, PC
75 Broad Street
Milford, CT 06460
203-783-1200
rburturla@berchemmoses.com

*For Defendant Patrick Daley:*

Michael Driscoll, Esq.
Colonese Law, LLC
55 Main Street, Ste. 340
Norwich, CT 06360
860-892-7208
MED@coloneselaw.com

/s/ Cameron L. Atkinson /s/