UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZACHARY SUCCOW, SAMUEL TOWNE; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA JO BONDI, in her official capacity; RONNELL HIGGINS, in his official capacity; MARGARET A. KELLEY, in her official capacity; PAUL J. NARDUCCI, in his official capacity; JOHN BUCHERATI, in his official capacity; PATRICK DALEY, in his official capacity; <br><br> Defendants. | CIV. NO. 3:25-cv-250-SVN <br><br><br> February 21, 2025 <br><br> **NOTICE OF COMPLIANCE** |

Pursuant to the Court's February 21, 2025 order (Dkt. 16) directing the undersigned to email all counsel for Defendants a copy of the Court's order, the undersigned (Attorney Atkinson) sent, by email, a copy of the Court's order to the following counsel (some of whom appeared after the Court's order) on February 21, 2025:

*For Defendant Pamela Jo Bondi*

Michelle McConaghy, Esq.
Assistant U.S. Attorney For The District of Connecticut
157 Church Street
Floor 25
New Haven, CT 06510
michelle.mcconaughy@usdoj.gov

1

John Larson, Esq.
Assistant U.S. Attorney For The District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
John.larson@usdoj.gov

*For Defendants Ronnell Higgins, Margaret A. Kelley, and Paul J. Narducci*

James Belforti, Esq.
Terrence O'Neill, Esq.
Timothy Holzman, Esq.
Blake Sullivan, Esq.
Connecticut Attorney General's Office
110 Sherman Street,
Hartford, CT 06105
860-808-5450
james.belforti@ct.gov
terrence.oneill@ct.gov
timothy.holzman@ct.gov
blake.sullivan@ct.gov

*For Defendant John Bucherati:*

Richard J. Buturla, Esq.
Warren Holcomb, Esq.
Berchem Moses, PC
75 Broad Street
Milford, CT 06460
203-783-1200
rburturla@berchemmoses.com
wholcomb@berchemmoses.com

*For Defendant Patrick Daley:*

Michael Driscoll, Esq.
Colonese Law, LLC
55 Main Street, Ste. 340
Norwich, CT 06360
860-892-7208
MED@coloneselaw.com

2

Dated: February 21, 2025                    Respectfully submitted,

    *//s//   Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com


    *//s//   Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

    *//s//   Cameron L. Atkinson*
Cameron L. Atkinson, Esq.
(ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Facsimile: 203.672.6551
Email: catkinson@atkinsonlawfirm.com

*Attorneys for the Plaintiff*

3

**CERTIFICATION REGARDING SERVICE**

All counsel who have filed appearances will receive notice of this filing through the Court's CM/ECF system The following counsel will be served ECF-stamped copies of this pleading by email immediately following its filing:

*For Defendant Patrick Daley:*

Michael Driscoll, Esq.
Colonese Law, LLC
55 Main Street, Ste. 340
Norwich, CT 06360
860-892-7208
MED@coloneselaw.com


/s/ Cameron L. Atkinson /s/