UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZACHARY SUCCOW, ET AL | : | No. 3:25-cv-00250-SVN |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| PAMELA J. BONDI, ET AL | : | |
| *Defendants* | : | APRIL 23, 2025 |

**Motion for Extension of Time to File Responsive Pleading to Complaint**

Defendants Ronnell Higgins, Margaret A. Kelley, and Paul J. Narducci ("State Defendants"), pursuant to Local Rule 7(b), hereby request an extension of time of thirty days (30), until May 28, 2025, to respond to Plaintiff's Complaint (ECF 1) in the above-captioned matter. The State Defendants' responsive pleading is currently due April 28, 2025. The movants inquired with Plaintiffs' counsel on April 21, 2025 about their position on this request, but counsel has not responded and so Plaintiffs' position cannot be ascertained.

Good cause exists for the requested extension because issues that arose in other matters limited Defense counsel's availability in preparing this responsive pleading. Additionally, Plaintiffs' counsel had indicated in the February 25, 2025 status conference that he was considering withdrawing certain claims of the original complaint, but still has not filed an amended complaint reflecting those changes, causing unnecessary uncertainty in what claims require a response. Finally, in light of the serious nature of Plaintiffs' constitutional claims, additional time is necessary for administrative review within the Connecticut Attorney General's Office for any responsive pleading.

There is no scheduling order in place and an extension will not prejudice the Plaintiffs. This is the first motion for extension of time filed with respect to this pleading. Therefore, Defendants respectfully request the Court grant this extension.

                        STATE DEFENDANTS,

                        RONNELL HIGGINS, MARGARET A. KELLEY AND PAUL J. NARDUCCI

BY:   */s/Blake T. Sullivan*
Blake T. Sullivan (ct30289)
Timothy J. Holzman
James M. Belforti
Assistant Attorney General
Office of the Attorney General
Special Litigation Section
165 Capitol Avenue, 5th Floor
Tel.: (860) 808-5020
Fax: (860) 808-5347
Blake.Sullivan@ct.gov
Timothy.Holzman@ct.gov
James.Belforti@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/Blake T. Sullivan*
Blake T. Sullivan
Assistant Attorney General