UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

ZACHARY SUCCOW, ET AL

          Plaintiffs          CIV. NO. 3:25-cv-250

v.

PAMELA JO BONDI, ET AL

                              April 24, 2025
         Defendants

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant, Patrick Daley, respectfully requests a thirty (30) day extension of time through and including May 28, 2025, with which to answer and/or respond to the plaintiffs' complaint filed February 18, 2025.

By way of background, on March 14, 2025, the court denied the plaintiffs' Emergency Motion for a Temporary Restraining Order. On March 31, 2025, the court ordered the plaintiff to file proof of service by May 19, 2025. On April 4, 2025, the court suspended the deadline for filing the Rule 26(f) Report pending the filing of proof of service by the plaintiffs. Consequently, currently there is no scheduling order in place and no prejudice will result from the requested extension.

The extension is warranted for good cause. Given the complex and impactful nature of the plaintiffs' claims, counsel for the defendant requires additional time to confer with his client, fully investigate the plaintiffs' allegations, and draft its response accordingly.

This is the defendant's first motion for extension to respond to the complaint. The defendant attempted to contact counsel for the plaintiffs regarding this extension on April 21, 2025 and April 24, 2025, but as of this filing has not received a response.

                              DEFENDANT,
                              PATRICK DALEY

BY:   /s/ *Michael E. Driscoll*
       Michael E. Driscoll (ct05364)
       Colonese Law LLC
       55 Main Street, Ste 340
       Norwich CT 06360
       Tel.:  (860)-892-7208
       Fax: (860) 892-7272
       med@coloneselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

                                                            */s/ Michael E. Driscoll*
                                                            Michael E. Driscoll (ct05364)