**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ZACHARY SUCCOW, ET AL | : | No. 3:25-cv-00250-SVN |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| PAMELA J. BONDI, ET AL | : | |
| *Defendants* | : | APRIL 29, 2025 |

## State Defendants' Second Proposed Scheduling Order

The parties submitted dueling proposed scheduling orders on March 28, 2025 (ECF No. 35), which the Court, *Nagala J.*, declined to act on until Plaintiffs served the defendants and filed proof of service. (ECF No. 36.) Nearly a month passed until Plaintiff filed the proof of service on April 28, 2025 (ECF No. 44). As a result of that delay, the parties' original proposed scheduling orders are now impracticable. Therefore, the State Defendants propose their own revised scheduling orders to account for Plaintiffs' dilatory conduct. The State Defendants presume Plaintiffs maintain their prior objections to these proposed schedules.

## I.    State Defendants' Proposed Briefing and Discovery Schedule

### A.    State Defendants' Proposed Combined Preliminary and Permanent Injunction Case Management Schedule

State Defendants propose the following schedule for briefing, discovery, and hearing on a combined preliminary and permanent injunction:

- Written discovery to commence by 6/6/25

- Expert disclosures and reports served by 7/18/25

- Written discovery closes 8/4/25

- Discovery closes by 9/12/25

- Defendants file briefs in opposition to the motion for preliminary injunction, along with supporting declarations, by 10/10/25

- Plaintiffs file reply brief to defendants' opposition by 11/7/25

- Three-day Evidentiary Hearing, followed by oral argument, on or after 12/8/25.

## B. State Defendants' Alternative Proposed Preliminary Injunction Case Management Schedule

If the Court elects to not hear the preliminary and permanent injunctions on the schedule State Defendants propose above, State Defendants request up to three days for an evidentiary hearing, followed by oral argument on Plaintiffs' motion for preliminary injunction and any Rule 12 motions. Without waiving the right to pursue discovery in its normal course following the Court's decision on a preliminary injunction, State Defendants propose the following schedule for briefing, discovery, and hearing on a preliminary injunction:

- Written discovery served by 5/12/25

- Responses to written discovery served by 6/13/25

- Depositions of all witnesses including plaintiffs by 6/27/25

- Defendants file briefs in opposition to the motion for preliminary injunction, along with supporting declarations, by 7/18/25

- Plaintiffs file reply brief to defendants' opposition by 8/8/25

- Evidentiary Hearing, followed by oral argument, beginning on or after 8/22/25

For the State Defendants,

RONNELL HIGGINS, MARGARET A.
KELLEY AND PAUL J. NARDUCCI

BY:    */s/Blake T. Sullivan*
       Blake T. Sullivan (ct30289)
       Timothy J. Holzman
       James M. Belforti
       Assistant Attorney General
       Office of the Attorney General
       Special Litigation Section
       165 Capitol Avenue, 5th Floor
       Tel.: (860) 808-5020
       Fax: (860) 808-5347
       Blake.Sullivan@ct.gov
       Timothy.Holzman@ct.gov
       James.Belforti@ct.gov

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                          */s/Blake T. Sullivan*
                          Blake T. Sullivan
                          Assistant Attorney General

3