UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZACHARY SUCCOW, ET AL | : | No. 3:25-cv-00250-SVN |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| PAMELA J. BONDI, ET AL | : | |
| *Defendants* | : | JUNE 13, 2025 |

**State Defendants' Motion to Dismiss the Organization Plaintiffs**

Pursuant to Rule 12(b)(1), the State Defendants, Ronnell Higgins, Margaret A. Kelly, and Paul J. Narducci, move to dismiss the claims of the Organization Plaintiffs, Connecticut Citizens Defense League, Inc. (CCDL) and Second Amendment Foundation, Inc. (SAF), on the grounds that these organizations lack standing because (1) the harm they allege—a diversion of organization resources—is insufficient as a matter of law, and (2) they cannot, as a matter of law, bring a civil rights claim under 42 U.S.C. § 1983.

STATE DEFENDANTS,

RONNELL HIGGINS, MARGARET A. KELLEY AND PAUL J. NARDUCCI

BY:  */s/Blake T. Sullivan*
Blake T. Sullivan (ct30289)
Timothy J. Holzman (ct30420)
James M. Belforti (ct30449)
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue, 5th Floor
Tel.: (860) 808-5020
Fax: (860) 808-5347
Blake.Sullivan@ct.gov
Timothy.Holzman@ct.gov
James.Belforti@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                */s/Blake T. Sullivan*
                                                Blake T. Sullivan
                                                Assistant Attorney General