UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZACHARY SUCCOW, ET AL. | : | 3:25-cv-00250-SVN |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| PAMELA J. BONDI, ET AL. | : | |
| *Defendants* | : | September 19, 2025 |

JOINT STATUS REPORT

In accordance with the Court's order, ECF No. 48, the parties jointly submit this status report regarding the status of discovery. The parties can report that discovery has now been completed between all parties, including written discovery and depositions.

                          PLAINTIFFS,

By:   /s/ Cameron L. Atkinson /s/
        /s/ Audrey J. Lynn /s/
        Cameron L. Atkinson (ct31219)
        Audrey J. Lynn (ct31814)
        ATKINSON LAW, LLC
        122 Litchfield Rd., Ste. 2
        P.O. Box 340
        Harwinton, CT 06791
        Telephone: 203.677.0782
        Email: catkinson@atkinsonlawfirm.com
        Email: ajatkinson@atkinsonlawfirm.com

STATE DEFENDANTS,
RONNELL HIGGINS, MARGARET A.
KELLEY AND PAUL J. NARDUCCI

By: */s/ Timothy J. Holzman*
Blake T. Sullivan (ct30289)
Timothy J. Holzman (ct30420)
James M. Belforti (ct30449)
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue, 5th Floor
Tel.: (860) 808-5020
Fax: (860) 808-5347
Blake.Sullivan@ct.gov
Timothy.Holzman@ct.gov
James.Belforti@ct.gov


DEFENDANT
PAMELA J. BONDI

By: /s/ John W. Larson
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T: (860) 947-1101
F: (860) 760-7979
john.larson@usdoj.gov


DEFENDANT,
JOHN BUCHERATI

By: /s/ Richard J. Buturla
Richard J. Buturla (ct05967)
Berchem Moses PC
75 Broad Street
Milford, CT 06460
Tel: 203-783-1200
Fax: 203-878-4912
rbuturla@berchemmoses.com

2

|  | DEFENDANT,<br>PATRICK DALEY |
|---|---|
| By: | /s/ Michael E. Driscoll<br>Michael E. Driscoll (ct05364)<br>Colonese Law LLC<br>55 Main Street<br>Suite 340<br>Norwich, CT 06360<br>Tel:  860-892-7208<br>Fax:  860-892-7272<br>med@coloneselaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/Timothy J. Holzman*
Timothy J. Holzman
Assistant Attorney General
