## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZACHARY SUCCOW et al., | : | No.: 3:25cv250 (SVN) |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PAMELA JO BONDI et al., | : | |
|     Defendants. | : | October 1, 2025 |

<u>MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS</u>

The undersigned, on behalf of the United States Attorney General Pamela Jo Bondi, hereby moves for a stay of this case (including briefing on the plaintiffs' motion for preliminary injunction) as it pertains to the federal government. In support of this motion, the federal defendant states as follows:

1.       At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2.       Absent an appropriation, Department of Justice attorneys and employees of affected executive agencies are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.       Undersigned counsel for the Department of Justice therefore requests a stay of this case as it pertains to the federal government until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the
Court as soon as Congress has appropriated funds for the Department.  The Government
requests that, at that point, all current deadlines for the parties be extended commensurate
with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the
other litigants, the Government hereby files this motion to stay until Department of
Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

David X. Sullivan
United States Attorney

   /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov