UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZACHARY SUCCOW, ET AL | : | No. 3:25-cv-00250-SVN |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| PAMELA J. BONDI, ET AL | : | |
| *Defendants* | : | OCTOBER 3, 2025 |

## Motion for Extension of Time to File Opposition Brief

Defendants Ronnell Higgins, Margaret A. Kelley, and Paul J. Narducci ("State Defendants"), pursuant to Local Rule 7(b), hereby request an extension of time of six (6) days, until October 6, 2025, to respond to Plaintiffs' Motion for Preliminary Injunction (ECF No. 4-1) in the above-captioned matter. The State Defendants' opposition brief is currently due October 10, 2025 (ECF No. 48). Plaintiffs' counsel has been contacted and consents to this request.

Good cause exists for the requested extension because, in light of the serious nature of Plaintiffs' constitutional claims, additional time is necessary for administrative review within the Connecticut Attorney General's Office for any brief. Additionally, issues that arose in other matters limited Defense counsel's availability in preparing this brief.

The requested extension will not prejudice Plaintiffs and it is not anticipated to impact the scheduling of any hearing in late-November or early-December, per the existing scheduling order. This is the first motion for extension of time filed with respect to this brief. Therefore, State Defendants respectfully request the Court grant this extension.

1

STATE DEFENDANTS,

RONNELL HIGGINS, MARGARET A. KELLEY AND PAUL J. NARDUCCI

WILLIAM TONG, ATTORNEY GENERAL

BY: */s/ Blake T. Sullivan*
Blake T. Sullivan (ct30289)
Timothy J. Holzman (ct30420)
James M. Belforti (ct30449)
Assistant Attorney General
Office of the Attorney General
Special Litigation Section
165 Capitol Avenue, 5th Floor
Tel.: (860) 808-5020
Fax: (860) 808-5347
Blake.Sullivan@ct.gov
Timothy.Holzman@ct.gov
James.Belforti@ct.gov

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/Blake T. Sullivan*
Blake T. Sullivan
Assistant Attorney General
