# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZACHARY SUCCOW, SAMUEL TOWNE; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA JO BONDI, in her official capacity; RONNELL HIGGINS, in his official capacity; MARGARET A. KELLEY, in her official capacity; PAUL J. NARDUCCI, in his official capacity; JOHN BUCHERATI, in his official capacity; PATRICK DALEY, in his official capacity; <br><br> Defendants. | CIV. NO. 3:25-cv-250-SVN <br><br><br> October 3, 2025 <br><br> **EMERGENCY MOTION TO DISSOLVE STAY (DKT. 72)** |

The Plaintiffs – Zachary Succow, Samuel Towne, Connecticut Citizens Defense League, Inc. (CCDL), and Second Amendment Foundation – hereby move the Court for an order dissolving the October 2, 2025 stay order (Dkt. 72) that halted this case as to Defendant Bondi. They respectfully request an expedited decision to preserve the existing case schedule.

**Oral argument not requested.**

Dated: October 3, 2025                                  Respectfully submitted,

    *//s//  Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.808.8601
Facsimile: 866.477.1120
Email: doug@lawyer.com


    *//s//  Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

    *//s//  Cameron L. Atkinson*
    *//s//  Audrey J. Lynn*
Cameron L. Atkinson, Esq.
(ct31219)
Audrey J. Lynn, Esq.
(ct31814)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Facsimile: 203.672.6551
Email: catkinson@atkinsonlawfirm.com
      ajatkinson@atkinsonlawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/