UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZACHARY SUCCOW et al., | : | No.: 3:25cv250 (SVN) |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PAMELA JO BONDI et al., | : | |
|     Defendants. | : | October 10, 2025 |

CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Local Civil Rule 7(b), the defendant, United States Attorney General Pamela Jo Bondi, respectfully moves the court for an eight-day extension of time, to and including October 24, 2025, within which to file an opposition to the plaintiffs' request for injunctive relief. In support of this motion, the movant states as follows:

    1.    On May 28, 2025, the plaintiffs filed the operative amended complaint in this case, which complaint seeks various forms of injunctive relief against local, state, and federal defendants, including the movant.

    2.    By previous orders of the court, the movant's deadline to file an opposition to the plaintiffs' requests for injunctive relief is October 16, 2025. (See ECF 48 and 82.)

    3.    From October 1, 2025, through October 9, 2025, the undersigned was furloughed (with limited exception) due to a lack of appropriations for the Department of Justice. The court previously had stayed the matter on motion of the movant; the court lifted the stay on October 9, 2025, on motion of the plaintiffs.

    4.    Good cause exists to grant the extension requested in this motion because the movant requires additional time to complete the federal government's brief in this

case, particularly in light of the period the undersigned was furloughed and the case was stayed.  Moreover, given the nature of the plaintiffs' claims, the undersigned requires substantive assistance from other employees of the Department of Justice, some of whom also are furloughed, which process therefore will require additional coordination.

     5.     On October 10, 2025, counsel for the plaintiffs indicated that he had no objection to the relief requested in this motion.

     6.     This is the first motion for extension of time that the movant has filed with respect to this deadline.

WHEREFORE, the movant respectfully moves the court to extend the time within which she must file her opposition brief by eight days, to and including October 24, 2025.

Respectfully submitted,

David X. Sullivan
United States Attorney

  /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov