# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

**Date** 12/16/2025

**Case #** 3:25-cv-00250-SVN

**Honorable Judge** Sarala V. Nagala

**Deputy Clerk** N. Kelsey

**Zachary Succow et al**
Vs.
**Pamela Jo Bondi et al**

**Counsel for Pla(s)** Cameron Atkinson/Doug Dubitsky

**Counsel for Dft(s)** Timothy Holzman/John Larson/Blake Sullivan*

**Start Time** 10:02 am   **End Time** 11:38 am

**Reporter/ECRO/Courtsmart** Diana Huntington

**Recess (if more than ½ hr)** _____ to _____

**Interpreter** _____ **Language** _____

**Total Time** 1 hour(s) 36 minute(s)

**Hearing held** ☑ in person ☐ by video ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ■ Motion/Oral Argument  32min | ☐ Show Cause Hearing ___ | ☐ Evidentiary Hearing ___ |
| ☐ Judgment Debtor Exam ___ | ☐ Pretrial Conference ___ | ☐ Scheduling Conference ___ |
| ■ Status Conference  64min | ☐ Settlement Conference ___ | ☐ Other: _____ ___ |

## MOTIONS

■ Motion to Dismiss (ECF 51) _____ filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement
■ Motion to Dismiss (ECF 52) _____ filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement
■ Motion to Dismiss (ECF 53) _____ filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement
■ Motion to Dismiss (ECF 54) _____ filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement
■ ~~ORAL~~ Motion to Dismiss (ECF 57) _____ filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

## NOTES

Status conference held after motion hearing.
Pretrial conference rescheduled to 1/8/2026 at 10:00am

*Defense counsel continued: Richard Buturla/Michael Driscoll

Rev. 3/21/24