**Table of Historical Laws Cited in Sections II, III, and IV of Professor Brennan Rivas' Declaration (per ECF No. 125)**

*Succow, et al. v. Bondi, et al.*, No. 3:25-cv-250-SVN

| Year | Jurisdiction | Statutory Text |
|---|---|---|
| **1856** | Alabama | AL 1856 ch. 26 p. 17 § 1. That any one who shall sell or give or lend, to any male minor, a bowie knife, or knife or instrument of the like kind or description, by whatever name called, or air gun or pistol, shall, on conviction be fined not less than three hundred, nor more than one thousand dollars. |
| **1856** | Tennessee | TN 1856 ch. 81 p. 92 § 2. [I]t shall be unlawful for any person to sell, loan, or give, to any minor a pistol . . . and whoever shall so sell, loan, or give, to any minor any such weapon, on conviction thereof, upon indictment or presentment, shall be fined not less than twenty-five dollars, and be liable to imprisonment, at the discretion of the Court: *Provided,* that this act shall not be construed so as to prevent the sale, loan, or gift, to any minor of a gun for hunting. |
| **1859** | Kentucky | Kent. 1859 ch. 33 p. 245 § 23. If any person, other than the parent or guardian, shall sell, give, or loan, any pistol, dirk, bowie-knife, brass-knucks, slung-shot, colt, cane-gun, or other deadly weapon, which is carried concealed, to any minor, or slave, or free negro, he shall be fined fifty dollars. |
| **1867** | Kansas | Kan. 1867 ch. 12, p. 25 § 1. Any person who is not engaged in any legitimate business, any person under the influence of intoxicating drink, and any person who has ever borne arms against the Government of the United States, who shall be found within the limits of this State, carrying on his person a pistol, bowie-knife, dirk or other deadly weapon, shall be subject to arrest upon charge of misdemeanor; and upon conviction shall be fined in a sum not exceeding one hundred dollars, or by imprisonment in the county jail not exceeding three months, or both, at the discretion of the court. |
| **1867** | Arizona | Ariz. 1867 p. 21 § 1. [A]ny person in this Territory, having, carrying or procuring from another person, |

| | | |
|---|---|---|
| | | any dirk, dirk knife, bowie knife, pistol, gun, or other deadly weapon, who shall in the presence of two or more persons, draw or exhibit any of said deadly weapons in a rude, angry or threatening manner, not in necessary self defence, or who shall in any manner unlawfully use the same in any fight or quarrel, the person or persons so offending upon conviction thereof in any criminal court in any county of this Territory, shall be fined in any sum not less than one hundred nor more than five hundred dollars or imprisonment in the county jail not less than one nor more than six months, in the discretion of the court; or both such fine and imprisonment, together with the cost of prosecution. |
| **1875** | Arizona | Ariz. 1875 p. 101-102 § 1. [A]ny person in this Territory, having, carrying or procuring from another person, any dirk, dirk knife, bowie knife, pistol, gun, or other deadly weapon, who shall in the presence of two or more persons draw or exhibit any of said deadly weapons in a rude, angry or threatening manner, not in necessary self-defense, or who shall in any manner unlawfully use the same in any fight or quarrel, the person or persons so offending, upon conviction thereof, in any Justice's Court in any County in this Territory, shall be fined in any sum, not less than one hundred nor more than three hundred dollars, or imprisonment in the county jail not less than one nor more than six months, in the discretion of the court, or both such fine and imprisonment, together with the costs of prosecution. |
| **1875** | Indiana | Ind. 1875 ch. 40 p. 59 § 1. [I]t shall be unlawful for any person to sell, barter, or give to any other person, under the age of twenty-one years, any pistol, dirk, or bowie-knife, slung-shot, knucks, or other deadly weapon that can be worn, or carried, concealed upon or about the person, or to sell, barter, or give to any person, under the age of twenty-one years, any cartridges manufactured and designed for use in a pistol. |
| **1876** | Alabama | Ala. 1876 Title 7, p. 292 § 494. All licenses shall expire on the thirty-first day of December in each |

| | | |
|---|---|---|
| | | year, and shall be for one year, unless the business licensed shall commence after the first of July, in which case the price of the license shall be one-half the amount of a year's license. The prices of licenses shall be as follows, to wit: . . . (15) For dealers in pistols, bowie-knives and dirk-knives, whether the principal stock in trade or not, fifty dollars. |
| **1876** | Georgia | Geo. 1876 ch. 128 p. 112 § 1. [I]t shall not be lawful for any person or persons knowingly to sell, give, lend or furnish any minor or minors any pistol, dirk, bowie knife or sword cane. Any person found guilty of a violation of this Act shall be guilty of a misdemeanor . . . Provided, that nothing herein shall be construed as forbidding the furnishing of such weapons under circumstances justifying their use in defending life, limb or property. |
| **1878** | Mississippi | Miss. 1878 ch. 46 p. 175 § 2. [I]t shall not be lawful for any person to sell to any minor . . . knowing him to be a minor . . . any weapon of the kind or description in the first section of this Act described [pistols, knives, and other deadly weapons], or any pistol cartridge, and on conviction shall be punished by a fine not exceeding two hundred dollars . . . . |
| **1880** | Ohio | Ohio 1880 p. 79 § 1. [W]hoever sells, barters, or gives away to any minor under the age of fourteen years, any air-gun, musket, rifle-gun, shot-gun, revolver, pistol or other fire-arm, of any kind or description whatever, or ammunition for the same, or whoever being the owner, or having charge or control of any such air-gun, musket, rifle-gun, shot-gun, revolver, pistol or other fire-arm knowingly permits the same to be used by such minor, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined in any sum not exceeding one hundred dollars, or be imprisoned in jail not exceeding thirty days or both. |
| **1881** | Arkansas | Ark. 1881 ch. 96 § 3. Any person who shall sell, barter or exchange, or otherwise dispose of, or in any manner furnish to any person any dirk or bowie knife, or a sword or a spear in a cane, brass or metal knucks, or any pistol, of any kind whatever, except |

| | | |
|---|---|---|
| | | such as are used in the army or navy of the United States, and known as the navy pistol, or any kind of cartridge, for any pistol, or any person who shall keep any such arms or cartridges for sale, shall be guilty of a misdemeanor. |
| 1881 | Delaware | Dela. 1881 ch. 548 p. 716 § 1. [I]f any person . . . shall knowingly sell a deadly weapon to a minor other than an ordinary pocket knife, such personal shall, upon conviction thereof, be fined not less than twenty-five nor more than one hundred dollars or imprisoned in the county jail for not less than ten nor more than thirty days, or both at the discretion of the court: Provided, that the provisions of this section shall not apply to the carrying of the usual weapons by policemen and other peace officers. |
| 1881 | Florida | FL 1881 ch. 3285 p. 87 § 1. It shall be unlawful for any person or persons to sell, hire, barter, lend or give to any minor under sixteen years of age any pistol, dirk or other arm or weapon, other than an ordinary pocket-knife, or a gun or rifle used for hunting, without the permission of the parent of such minor, or the person having charge of such minor . . . . |
| 1881 | Illinois | Ill. 1881 p. 73 § 2. Whoever, not being the father, guardian or employer of the minor herein named, by himself or agent, shall sell, give, loan, hire or barter, or shall offer to sell, give, loan, hire or barter to any minor within this state, any pistol, revolver, derringer, bowie knife, dirk or other deadly weapon of like character, capable of being secreted upon the person, shall be guilty of a misdemeanor, and upon conviction shall be fined in any sum not less than ten dollars . . . nor more than two hundred dollars . . . .<br><br>§ 3. All persons dealing in deadly weapons, hereinbefore mentioned, at retail within this state shall keep a register of all such weapons sold or given away by them. Such register shall contain the date of the sale or gift, the name and age of the person to whom the weapon is sold or given, the price of the said weapon, and the purpose for which it is |

| | | |
|---|---|---|
| | | purchased or obtained. The said register shall be in the following form: [Lists data categories, including "Age of the Purchaser."] . . . A failure to keep such register, or to allow an examination of the same, or to record therein any sale or gift of a deadly weapon, or the keeping of a false register, shall be a misdemeanor, and shall subject the offender to a fine of not less than twenty-five dollars ($25) nor more than two hundred dollars ($200). |
| **1881** | Kansas | Kan. 1881 ch. 37, p. 92 § 23. The council shall prohibit and punish the carrying of firearms, or other dangerous or deadly weapons, concealed or otherwise, and cause to be arrested and imprisoned, fined or set to work, all vagrants, tramps, confidence men and persons found in said city without visible means of support, or some legitimate business. |
| **1881** | Nevada | Nev. 1881 ch. 104 pp. 143-44 § 1. Every person under the age of eighteen (18) years who shall wear or carry any dirk, pistol, sword in case, slung shot, or other dangerous and deadly weapon concealed upon his person shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be fined not less than twenty nor more than two hundred ($200) dollars, or by imprisonment in the County Jail not less than thirty days nor more than six months, or by both such fine and imprisonment. |
| **1881** | Pennsylvania | Penn. 1881 ch. 124 p. 111 § 1. [A]ny person, who shall knowingly and willfully sell or cause to be sold, to any person under sixteen years of age, any cannon, revolver, pistol or other such deadly weapon . . . shall, in ever such case, be guilty of a misdemeanor, and upon conviction thereof shall be sentenced to pay a fine not exceeding three hundred dollars. |
| **1882** | Georgia | Geo. 1882 ch. 18, 37, § 2. [T]he following specific taxes shall be levied and collected for each of said fiscal years of [1883 and 1884]: . . . . Eighteenth—And upon all dealers in pistols, revolvers, dirk or Bowie knives, the sum of twenty-five dollars for each place of business in each county where the same are sold, and said tax shall be for educational purposes. |

| | | |
|---|---|---|
| **1882** | Maryland | Mary. 1882 ch. 424 p. 656 § 2. [I]t shall be unlawful for any person, be he or she licensed dealer or not, to sell, barter or give away any firearm whatsoever or other deadly weapons, except shot gun, fowling pieces and rifles, to any person who is a minor under the age of twenty-one years. Any person or persons violating any of the provisions of this act shall, on conviction thereof, pay a fine of not less than fifty nor more than two hundred dollars, together with the cost of prosecution, and upon failure to pay said fine and cost, be committed to jail and confined therein until such fine and costs are paid, or for the period of sixty days, whichever shall first occur. |
| **1882** | West Virginia | W.V. 1882 ch. 135 pp. 421-22 § 7. If a person carry about his person any revolver or other pistol, dirk, bowie knife, razor, slung shot, billy, metalic or other false knuckles, or any other dangerous or deadly weapon of like kind or character, he shall be guilty of a misdemeanor, and fined not less that twenty-five nor more than two hundred dollars, and may, at the discretion of the court, be confined in jail not less than one, nor more than twelve months; and if any person shall sell or furnish any such weapon as is hereinbefore mentioned to a person whom he knows, or has reason, from his appearance or otherwise, to believe to be under the age of twenty-one years, he shall be punished as hereinbefore provided . . . . |
| **1883** | Arizona | Ariz. 1883 ch. 36 p. 66 § 3. Any person in this Territory over the age of ten and under the age of seventeen years, having or carrying, concealed or unconcealed, any dirk, dirk-knife, bowie-knife, slung-shot, brass-knuckles, or pistol within any city, village or town in this Territory shall, upon conviction thereof in any Court of competent jurisdiction, be fined in any sum not more than fifty dollars, or be imprisoned in the County Jail not more than one month, or be punished by both such fine and imprisonment, in the discretion of the Court trying the case. |
| **1883** | Kansas | Kan. 1883 ch. 105 p. 159 § 1. Any person who shall sell, trade, give, loan or otherwise furnish any pistol, revolver or toy pistol, by which cartridges or caps may |

| | | |
|---|---|---|
| | | be exploded, or any dirk, bowie-knife, brass knuckles, slung shot, or other dangerous weapons to any minor, or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall, upon conviction before any court of competent jurisdiction, be fined not less than five nor more than one hundred dollars.<br><br>§ 2. Any minor who shall have in his possession any pistol, revolver or toy pistol, by which cartridges may be exploded, or any dirk, bowie-knife, brass knuckles, slung shot or other dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction before any court of competent jurisdiction shall be fined not less than one more than ten dollars. |
| **1883** | Missouri | MO 1883 p. 76 § 1. If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or . . . shall directly or indirectly sell or deliver, loan or barter to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall, upon conviction, be punished by a fine of not less than twenty-five nor more than two hundred dollars, or by imprisonment in the county jail not exceeding six months, or by both such fine and imprisonment. |
| **1883** | Wisconsin | Wisc. 1883 ch. 329 p. 290 § 1. It shall be unlawful for any minor, within this state, to go armed with any pistol or revolver, and it shall be the duty of all sheriffs, constables, or other public police officers, to take from any minor, any pistol or revolver, found in his possession.<br><br>§ 2. It shall be unlawful for any dealer in pistols or revolvers, or any other person, to sell, loan, or give any pistol or revolver to any minor in this state. |
| **1884** | Georgia | Ga. 1884 ch. 52, 23, § 2.18. And upon all dealers in pistols, you pistols, revolvers, pistol or revolver cartridges, dirks or bowie knives, the sum of one hundred dollars for each place of business in each county where the same are sold [shall be levied and collected for fiscal years 1885 and 1886]. |

| | | |
|---|---|---|
| **1884** | Iowa | Iowa 1884 ch. 78 p. 86 § 1. That it shall be unlawful for any person to knowingly sell, present or give any pistol, revolver or toy pistol to any minor.<br><br>§ 2. Any violation of this act shall be punishable by a fine of not less than twenty-five nor more than one hundred dollars or by imprisonment in the county jail of not less than ten nor more than thirty days. |
| **1885** | Nevada | Nev. 1885 ch. 51 p. 51 § 1. Every person under the age of twenty-one (21) years who shall wear or carry any dirk, pistol, sword in case, slung shot, or other dangerous or deadly weapon concealed upon his person, shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be fined not less than twenty nor more than two hundred ($200) dollars, or by imprisonment in the county jail not less than thirty days nor more than six months, or by both such fine and imprisonment. |
| **1886** | Alabama | Ala. 1886 ch. 4 § 5.17. For dealers in pistols or pistol cartridges, or bowie knives, or dirk knives, whether principal stock in trade or not, three hundred dollars. |
| **1887** | Arizona | Ariz. 1887 Title 10, p. 720 § 611. Any person who shall sell or give to any minor under the age of fourteen years, or to any person for the use of such minor any fire arms, or toy pistols from which dangerous and explosive substances may be discharged, shall be deemed guilty of a misdemeanor.<br><br>Ariz. 1887 Title 11 p. 726 § 662. Any person in this territory having or carrying concealed any dirk, dirk-knife, bowie-knife, slung-shot, brass-knuckles, or pistol, or other weapon within any city, village or town in this territory, shall be fined in any sum not more than three hundred dollars, or be imprisoned in the county jail not more than six months, or be punished by both such fine and imprisonment. |
| **1890** | Louisiana | Lou. 1890 ch. 46 p. 39 § 1. [I]t shall be unlawful, for any person to sell, or lease or give through himself or any other person, any pistol, dirk, bowie-knife or any other dangerous weapon, which may be carried |

| | | |
|---|---|---|
| | | concealed to any person under the age of twenty-one years.<br>§ 2. [A]ny person violating the provisions of this act shall be deemed guilty of a misdemeanor and upon conviction thereof, shall pay a fine of not less than twenty-five dollars nor more than one hundred dollars, and in default of the payment of said fine, by imprisonment not exceeding twenty days. |
| **1890** | Oklahoma | Okla. 1890 ch. 25 art. 47 p. 496 § 3. It shall be unlawful for any person within this Territory, to sell or give to any minor any of the arms or weapons designated in sections one and two of this article [pistols, revolvers, certain knives, and other instruments manufactured or sold for the purpose of defense]. |
| **1890** | Virginia | Va. 1890 ch. 152 p. 118 § 1. [I]f any person sell, barter, give or furnish or cause to be sold, bartered, given, or furnished to any minor under sixteen years of age . . . pistols, or dirks, or bowie-knives, having good cause to believe him or her to be a minor under sixteen years of age, said person shall be fined not less than ten nor more than one hundred dollars. |
| **1890** | Wyoming | Wyo. 1890 ch. 73 p. 140 § 97. It shall be unlawful for any person to sell, barter or give to any other person under the age of twenty-one years any pistol, dirk or bowie knife, slung-shot, knucks or other deadly weapon that can be worn or carried concealed upon or about the person, or to sell, barter or give to any person under the age of sixteen years any cartridges manufactured and designed for use in a pistol; and any person who shall violate any of the provisions of this section shall be fined in any sum not more than fifty dollars. |
| **1893** | North Carolina | N.C. 1893 ch. 514 pp. 468-69 § 1. [I]t shall be unlawful for any person, corporation or firm knowingly to sell or offer for sale, give or in any way dispose of to a minor any pistol or pistol cartridge, brass knicks, bowie-knife, dirk, loaded cane, or sling-shot.<br><br>§ 2. [A]ny person, corporation or firm violating this act shall be guilty of a misdemeanor, and upon |

| | | |
|---|---|---|
| | | conviction for each and every offence shall be fined or imprisoned, one or both, in the discretion of the court. |
| **1897** | Texas | Tex. 1897 ch. 155 p. 221-22 § 1. [I]f any person in this State shall knowingly sell, give or barter, or cause to be sold, given or bartered to any minor, any pistol, dirk, dagger, slung shot, sword-cane, spear, or knuckles made of any metal or bard substance, bowie knife or any other knife manufactured or sold for the purpose of offense or defense, without the written consent of the parent or guardian of such minor, or of some one standing in lieu thereof, he shall be punished by fine of not less than twenty-five dollars nor more than two hundred dollars, or by imprisonment in the county jail not less than ten nor more than thirty days, or by both such fine and imprisonment. |
| **1901** | Kansas | Kan. 1901 ch. 181 p. 499 § 2394. Any person who shall sell, trade, give, loan or otherwise furnish any pistol, revolver or toy pistol, by which cartridges or caps may be exploded, or any dirk, bowie-knife, brass knuckles, slung-shot, or other dangerous weapons, to any minor . . . shall be deemed guilty of a misdemeanor, and shall upon conviction before nay court of competent jurisdiction be fined not less than five nor more than one hundred dollars.<br><br>§ 2395. Any minor who shall have in his possession any pistol, revolver or toy pistol, by which cartridges may be exploded, or any dirk, bowie-knife, brass knuckles, slung-shot, or other dangerous weapon, shall be deemed guilty of a misdemeanor, and upon conviction before any court of competent jurisdiction shall be fined not less than one nor more than ten dollars. |
| **1911** | Wisconsin | Wis. 1901 ch. 181 p. 1931 § 4397. Any minor . . . who shall go armed with any pistol or revolver, or any dealer or other person who shall sell, loan or give any pistol or revolver to any minor shall be punished by imprisonment in the county jail not more than six months or by fine not exceeding one hundred dollars. |