**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date _____ April 23, 2026 _____

_____ Zachary Succow, et al. _____

Vs.

_____ Pamela Jo Bondi, et al. _____

BKY Appellant _____

BKY Appellee _____

BKY case # _____

Start Time 2:02pm   End Time 4:01pm

Recess (if more than ½ hr) _____ to _____

Total Time 1 hour(s) 59 minute(s)

Case # 3:25-cv-00250-SVN _____

Honorable Judge Sarala V. Nagala _____

Deputy Clerk S. Denault _____

Counsel for Pla(s) C. Atkinson _____

Counsel for Dft(s) J. Larson, B. Sullivan, T. Holzman** _____

Reporter/Courtsmart Diana Huntington _____

Interpreter _____

Language _____

Hearing held

[✓] in person   [ ] by video   [ ] by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ◼ Motion/Oral Argument    1hr59m | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

◼ ORAL Motion to Substitute Party _____ filed by ◼ Pla ☐ Dft ◼ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

** R. Buturla, and M. Driscoll
Attorney General Pamela Jo Bondi in her Official Capacity has been substituted to Acting Attorney General Todd Blanche

Rev. 2/11/26