**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ZACHARY SUCCOW, ET AL<br>Plaintiff | : | No. 3:25-cv-00250-SVN |
| v. | : | |
| PAMELA J. BONDI, ET AL<br>Defendants | : | SEPTEMBER 11, 2026 |

**DEFENDANT JOHN BUCHERATI'S RESPONSE TO PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT AND FOR LEAVE TO INTERVENE**

Defendant John Bucherati, respectfully submits this response to Plaintiffs' Motion to Alter or Amend the Judgment and for Leave to Intervene.

Defendant Bucherati takes no position on Plaintiffs' Motion. The Court previously determined that Plaintiff Zachary Succow lacked standing to challenge the Connecticut laws concerning his ability to obtain a pistol permit. Accordingly, there is no remaining individual plaintiff whose claim concerning the Connecticut pistol-permitting laws implicates Defendant Bucherati. Moreover, the proposed intervenors seek to assert claims concerning the challenged laws against defendants who have authority over the matters at issue, rather than against local police chiefs. As such, the proposed intervenors have not and cannot impose any claims against the Seymour police chief.

For these reasons, regardless of whether the Court grants or denies the Motion, Defendant Bucherati does not anticipate that the requested relief will affect him. He therefore respectfully takes no position on the Plaintiffs' Motion to Alter or Amend the Judgment and for Leave to Intervene.

DEFENDANT,
JOHN BUCHERATI

BY:__________________________________

Richard J. Buturla (ct05967)
Alanna M. Ferrigno
Berchem Moses PC
75 Broad Street
Milford, CT 06460
Tel: 203-783-1200
rbuturla@berchemmoses.com

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

__________________________________

Richard J. Buturla