**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ZACHARY SUCCOW, ET AL, *Plaintiffs* | :CIVIL NO 3:25-CV-00250-SVN |
| v. | : |
| PAMELA J. BONDI, ET AL., *Defendants* | : OCTOBER 1, 2026 |

**MOTION TO WITHDRAW APPEARANCE**

In accordance with Local Rule 7(e), the undersigned counsel respectfully requests leave of the Court to withdraw his appearance on behalf of Defendants Ronnel Higgins, Margaret A. Kelley, and Paul J. Narducci, (collectively, "Defendants" or "State Defendants") in the above-captioned matter. These Defendants remain represented by able counsel, Assistant Attorney General Blake Sullivan.

The undersigned is departing the Office of the Attorney General for a new position and will be unable to continue representing the Defendants in this matter. The undersigned counsel represents that a copy of this motion has been sent via regular mail or email to the Defendants in accordance with Local Rule 7(e).

WHEREFORE, the undersigned respectfully moves that this Court grant his motion to withdraw his appearance from the above-mentioned matter.

WILLIAM TONG
ATTORNEY GENERAL

STATE DEFENDANTS

/s/ Timothy J. Holzman

Timothy J. Holzman, ct30420
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
Telephone No.: (860) 808-5020
Fax No.: (860) 808-5347
E-Mail: timothy.holzman@ct.gov

**CERTIFICATION**

I hereby certify that on October 1, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ Timothy J. Holzman
Timothy J. Holzman
Assistant Attorney General