**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ZACHARY SUCCOW et al., Plaintiffs, | : | No.: 3:25cv250 (SVN) |
| v. | : | |
| TODD BLANCHE et al., Defendants. | : | October 23, 2026 |

**FEDERAL DEFENDANT'S NOTICE REGARDING OLC OPINION**

The federal defendant respectfully submits this notice to the court that on September 17, 2026, in response to a question from the Attorney General, the Department of Justice's Office of Legal Counsel (OLC) determined that Sections 922(b)(1) and (c)(1), along with their implementing regulations, are inconsistent with the Second Amendment. See Application of 18 U.S.C. § 922(b)(1) & (c)(1) to Young Adults, 2026 WL 2884221 (O.L.C. Sept. 17, 2026), also available at https://www.justice.gov/olc/media/1461811/dl. In the opinion, OLC concluded that the challenged restrictions "may not be enforced to impose criminal penalties on dealers who sell handguns" to persons between the ages of 18 and 21. OLC Op. 49.

In light of that determination, it appears that this case is moot as to the federal government. Given the procedural posture, the federal defendant respectfully requests that the court reserve decision on the plaintiffs' pending motion to amend the judgment (see ECF 164) and allow the federal defendant to file a motion directed to the judgment by November 23, 2026.

David X. Sullivan
United States Attorney

__/s/__________________________
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T: (860) 947-1101
F: (860) 760-7979
john.larson@usdoj.gov